**BUSINESS MEN'S REALTY CO.**, Respondent, v. **COMET CO.** et al., Appellants. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by the Business Men's Realty Company against the Comet Company and others. S. Rothschild, of New York City, for appellants. A. Nelson, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on Bennett v. Edison Electric Co., 164 N. Y. 131, 58 N. E. 7. Order filed. See, also, 152 App. Div. 941, 137 N. Y. Supp. 823.

**CALENDO** et al., Respondents, v. **FLEMING**, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Vincenzo Calendo and another against William H. Fleming. No opinion. Appeal dismissed by default, with $10 costs. See, also, 139 N. Y. Supp. 1118.

**CALHOUN**, Appellant, v. **WESSELHOFT**, Respondent. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by John Calhoun against Rudolph Wesselhoft. C. C. Roberts, of New York City, for appellant. J. I. Cuff, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**CAMPBELL**, Respondent, v. **POWERS**, Appellant. (Supreme Court, Appellate Division, Third Department. March 5, 1913.) Action by Cornelius Campbell against Charles W. Powers, as overseer, etc. No opinion. Reargument ordered, on account of absence of a quorum for a decision. See, also, 140 N. Y. Supp. 675.

**CARR**, Respondent, v. **AMERICAN CASH REGISTER MFG. CO.**, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Thomas A. Carr against the American Cash Register Manufacturing Company. PER CURIAM. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the ground that said court had not jurisdiction of the cause of action between the parties. Code Civ. Proc. § 340, subd. 3.

**CARROLL** v. **McARDLE**, Town Sup'r. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by John Carroll against John H. McArdle, as Supervisor of the Town of Mamaroneck. No opinion. Judgment for plaintiff in accordance with the terms of the submission, without costs, under the authority of Cone v. Lauer, 131 App. Div. 194, 115 N. Y. Supp. 644, and cases therein cited. Motion for reargument granted, 140 N. Y. Supp. 1112.

**CARROLL** v. **McARDLE**, Town Sup'r. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by John Carroll against John H. McArdle, as Supervisor of the Town of Mamaroneck. No opinion. Motion for reargument (of 140 N. Y. Supp. 1112) granted, without costs, and case set down for Wednesday, April 9, 1913.

**CARROLL**, Appellant, v. **SILVER CREEK GAS & IMPROVEMENT CO.**, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by William E. Carroll, as receiver, etc., against the Silver Creek Gas & Improvement Company. No opinion. Order affirmed, with $10 costs and disbursements, upon the opinion of Wheeler, J., delivered at Special Term. 153 App. Div. 630, 139 N. Y. Supp. 161.

In re **CARY'S ESTATE**. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) In the matter of the estate of Charles S. Cary, deceased. PER CURIAM. Order (77 Misc. Rep. 655, 138 N. Y. Supp. 682) affirmed, with $10 costs and disbursements. KRUSE, J., not sitting.

**CASHMORE**, Respondent, v. **PEERLESS MOTOR CAR CO. OF NEW YORK**, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Arthur Cashmore, an infant, etc., against the Peerless Motor Car Company of New York. No opinion. Motion for leave to appeal to the Court of Appeals (from 139 N. Y. Supp. 359) granted.

**CAVANAGH** v. **CREST REALTY CO.** (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Raymond Cavanagh against the Crest Realty Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 139 N. Y. Supp. 1119.

**C. B. WHITMORE CO.**, Respondent, v. **BELLEW & MERRITT CO.**, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by the C. B. Whitmore Company against the Bellew & Merritt Company. No opinion. Judgment affirmed, with costs.

**CHAMPION COATED PAPER CO.**, Appellant, v. **REYNOLDS** et al., Respondents. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by the Champion Coated Paper Company against Thomas H. Reynolds and another. F. H. Kellogg, of New York City, for appellant. S. H. Olin, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.